UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                          :
FINCO PRIME CONSULTING CORP., et al.,     :
                                          :
                            Plaintiffs,   :
                                          :          22cv952 (DLC)
            -v-                           :
                                          :               ORDER
OMAR BELMAMOUN, et al.,                   :
                                          :
                            Defendants.   :
                                          :
---------------------------------------- X

DENISE COTE, District Judge:

     On August 1, 2022, the defendants filed a motion to dismiss

the complaint pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(6),

and 12(b)(7), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R.

Civ. P., a plaintiff has 21 days after the service of a motion

under Rule 12(b) to amend the complaint once as a matter of

course.  Accordingly, it is hereby

     ORDERED that the plaintiffs shall file any amended

complaint by **August 22, 2022**.  It is unlikely that the

plaintiffs will have a further opportunity to amend.

     IT IS FURTHER ORDERED that if no amended complaint is

filed, the plaintiffs shall file any opposition to the motion to

dismiss by **August 22, 2022**.  The defendants' reply, if any,

shall be filed by **September 5, 2022**.  At the time any reply is

filed, the moving party shall supply Chambers with two (2)

courtesy copies of all motion papers by mailing or delivering

them to United States Courthouse, 500 Pearl Street, New York,

New York.


Dated:    New York, New York
          August 2, 2022



_____
           DENISE COTE
    United States District Judge