```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
FINCO PRIME CONSULTING CORPORATION,       :     22cv952 (DLC)
et al.,                                   :
                                          :         ORDER
                         Plaintiffs,      :
              -v-                         :
                                          :
OMAR BELMAMOUN, et al.,                   :
                                          :
                         Defendants.      :
----------------------------------------  X
```

DENISE COTE, District Judge:

On August 2, 2022, this Court issued an Order requiring that any reply in support of Belmamoun's August 1 motion to dismiss be submitted by September 5.  On August 18, defendant filed a letter inquiring about the September 5 deadline being on Labor Day and about this Court's preference regarding courtesy copies of voluminous exhibits.  It is hereby

ORDERED that, if no amended complaint is filed, any reply in support of the motion to dismiss shall be submitted by **September 6, 2022.**

IT IS FURTHER ORDERED that voluminous exhibits may be submitted to Chambers in digital form on a CD-rom, DVD-rom, flash drive, or external hard drive.

Dated:   New York, New York
         August 23, 2022

                                     _____
                                            DENISE COTE
                                     United States District Judge