```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FINCO PRIME CONSULTING CORPORATION,     :
et al.,                                 :        22cv952 (DLC)
                                        :
                         Plaintiffs,    :           ORDER
            -v-                         :
                                        :
OMAR BELMAMOUN, et al.,                 :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 3, 2023, counsel for defendant Omar Belmamoun submitted a letter pursuant to Rule 4.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:   New York, New York
         January 4, 2023

                                     _____
                                              DENISE COTE
                                       United States District Judge