**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FINCO PRIME CONSULTING
CORPORATION, et al.,

                  Plaintiffs,

  -against-                                         22 **CIVIL** 952 (DLC)

**JUDGMENT**

OMAR BELMAMOUN, et al.,

                  Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 3, 2023, Belmamoun's August 1 motion to dismiss on the grounds of forum non conveniens is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      February 3, 2023

                                                             **RUBY J. KRAJICK**

                                                             _____
                                                             **Clerk of Court**

                                    **BY:**     *K. Mango*

                                                              _____
                                                              **Deputy Clerk**