UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINCO PRIME CONSULTING CORPORATION, SWEETPEA VENTURES INC., MJT PARK INVESTORS, INC., MICHAEL TOPOREK, AND MATTHEW LIPMAN, derivatively on behalf of BROOKSTONE PARTNERS MOROCCO S.A.,<br><br>Plaintiffs,<br><br>- vs -<br><br>OMAR BELMAMOUN,<br><br>Defendant,<br><br>and<br><br>BROOKSTONE PARTNERS MOROCCO S.A.,<br><br>Nominal Defendant. | No. 22-cv-00952 (DLC)<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated February 3, 2023 (ECF No. 48) and Judgment entered on February 3, 2023 (ECF No. 49) granting Defendant Omar Belmamoun's Motion to Dismiss Verified Complaint on the grounds of *forum non conveniens* and dismissing the case with prejudice.

DATED: March 3, 2023

Respectfully Submitted,

**NIXON PEABODY LLP**

*/s/ Daniel J. Hurteau*
Daniel J. Hurteau
677 Broadway, 10th Floor
Albany, NY 12207
Telephone: (518) 427-2650
dhurteau@nixonpeabody.com

*Attorneys for Plaintiffs*